IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES SMOTHERS and LORETTA SMOTHERS, ) ) | |
| Plaintiffs, ) | |
| vs. ) | |
| DELTA COMPANIES, INC., ) | |
| Defendant, ) | |
| and ) | Case No. 06-cv-0608-MJR |
| DELTA COMPANIES, INC., ) | |
| Counterclaim Plaintiff, ) | |
| vs. ) | |
| JAMES SMOTHERS, ) | |
| Counterclaim Defendant. ) | |

MEMORANDUM and ORDER

REAGAN, District Judge:

As stated on the record at the September 24, 2007 hearing before the undersigned District Judge, the Court **GRANTS** (without prejudice) James Smothers' motion to withdraw the motion for good faith finding (Doc. 51), **GRANTS** James and Loretta Smothers' oral motion to dismiss this case (to which no party objected), and **DISMISSES** this case **without prejudice**, each party to bear his/her/its own costs.

This results in the **DENIAL AS MOOT** of all other pending motions (Docs. 27, 36, 39, 41, 44, 45, 46, 47, 48, and 49) and the **CANCELLATION** of all other settings

(including the 9/24/07 settlement conference, the 10/5/07 final pretrial conference, and the 10/29/07 jury trial).

IT IS SO ORDERED.

DATED this 24th day of September 2007.

s/ *Michael J. Reagan*
MICHAEL J. REAGAN
United States District Judge